

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00324-CV

**IN THE INTEREST OF Z.K.W. ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02567
Honorable Monique Diaz, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was originally due on July 1, 2019, and the appellant filed a motion requesting an extension of time of twenty days. We granted the motion, extending the deadline to July 22, 2019. On July 26, 2019, the appellant filed a motion requesting an additional twelve days.

After consideration, we **GRANT** the appellant's motion for extension of time to file a brief and **ORDER** the appellant to file his brief **on or before August 5, 2019**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court